IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOSEPHAT MUA<br><br>*Plaintiff*,<br><br>v.<br><br>CALIFORNIA CASUALTY INDEMNITY EXCHANGE, *et. al.*<br><br>*Defendants*. | Civil Action No. ELH-16-3267 |

**ORDER**

For the reasons set forth in the accompanying Memorandum, it is this 28th day of September, 2016, by the United States District Court for the District of Maryland, ORDERED:

1) Plaintiff's Motion to Proceed in forma pauperis (ECF 5) is GRANTED;

2) This case is REMANDED to the Circuit Court for Montgomery County; and

3) The Clerk is directed to CLOSE this case.

/s/
Ellen Lipton Hollander
United States District Judge