IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOSEPHAT MUA
Plaintiff

\*

vs.    \*    Civil Action No. 8:16-cv-03267 ELH

CALIFORNIA CASUALTY INDEMNITY CO. *
Defendant

\*\*\*\*\*\*

# NOTICE OF APPEAL

Notice is hereby given that (fill in names of **all** parties who are appealing) JOSEPHAT MUA, plaintiff(s)/defendant(s) in the above captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the (circle one) (order)/judgment entered in this case on September 29th 2016.

_____

10/28/2016
Date

Signature

JOSEPHAT MUA
Name (Print or Type)

2332 London Bridge Dr
Address

Silver Spring MD 20906
City/State/Zip

301 919 4935
Phone No.          Fax No.

Notice of Appeal - Civil (Rev 01/2001)