IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOSEPHAT MUA,

    *Plaintiff*,

v.                                     Civil Action No. ELH-16-3247

CALIFORNIA CASUALTY INDEMNITY
EXCHANGE ET AL., *et. al*,

    *Defendants*.

\* \* \* \* \* \* \* \* \* \*

JOSEPHAT MUA,

    *Plaintiff*,

v.                                     Civil Action No. ELH-16-3267

CALIFORNIA CASUALTY INDEMNITY
EXCHANGE ET AL., *et. al*,

    *Defendants*.

## ORDER

This Court previously remanded to the state courts two related cases that Josephat Mua, the plaintiff, had removed to this Court: ELH-16-cv-3247 and ELH-16-cv-3267. In both cases, I remanded because "the right of removal is vested exclusively in a defendant." *See* ECF 12 at 3 in ELH-16-cv-3247; ECF 8 at 3 in ELH-16-cv-3267.

In both cases, Mr. Mua submitted motions to reconsider the Court's orders. *See* ECF 20 in ELH-16-cv-3247, filed on November 3, 2016; ECF 14 in ELH-16-cv-3267, filed on October 28, 2016 (collectively, "Motions to Reconsider"). California Casualty Indemnity Exchange

("California Casualty"), one of the defendants, responded to both Motions to Reconsider on November 9, 2016.  ECF 21 in ELH-16-cv-3247; ECF 15 in ELH-16-cv-3267.

On December 2, 2016, Mr. Mua submitted a reply for each case.  *See* ECF 26 in ELH-16-cv-3247; ECF 19 in ELH-16-cv-3267 (collectively, "Replies").  In the Replies, Mr. Mua attempts to submit motions "to review final administrative agency decision and to enjoin the Action in the interest of Justice."  *See* ECF 26 in ELH-16-cv-3247; ECF 19 in ELH-16-cv-3267.

As correctly noted by California Casualty, Mr. Mua "makes absolutely no effort to demonstrate how this Court could possibly have subject matter jurisdiction over a removal filed by a *plaintiff*" in his Motions to Reconsider.  ECF 21 at 2 in ELH-16-cv-3247; ECF 15 at 2 in ELH-16-cv-3267 (emphasis in original).

Mr. Mua "does not raise new arguments, but merely urges the court to 'change its mind,' [and therefore] relief is not authorized."  *Medlock v. Rumsfeld*, 336 F. Supp. 2d 452, 470 (D. Md. 2002) (citation omitted), *aff'd*, 86 Fed. Appx. 665 (4th Cir. 2004).  Accordingly, the Motions to Reconsider (ECF 20 in ELH-16-cv-3247; ECF 14 in ELH-16-cv-3267) are DENIED.

It is so ORDERED this 7th day of December, 2016.

          /s/
Ellen Lipton Hollander
United States District Judge