IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| JOSEPHAT MUA | * |
| Plaintiff, | * |
| v. | *   Civil Action No.: 16-03267-ELH |
| CALIFORNIA CASUALTY INDEMNITY EXCHANGE, *et al.* | * |
| | * |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of Pessin Katz Law, P.A.'s Motion to Correct Record, (ECF 16), and ~~any~~ the opposition thereto, (ECF 21), good cause having been shown, it is this 14th day of Dec, 2016, hereby

**ORDERED** that Pessin Katz Law, P.A.'s motion is granted; and it is further

**ORDERED** that the Clerk of Court shall remove Pessin Katz Law, P.A. as a defendant from the above-captioned action.

_____
Ellen Lipton Hollander, Judge
United States District Court for the District of Maryland