IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOSEPHAT MUA,<br>*Plaintiff,*<br><br>v.<br><br>CALIFORNIA CASUALTY INDEMNITY EXCHANGE ET AL., *et. al,*<br>*Defendants.* | Civil Action No. ELH-16-3247 |

\* \* \* \* \* \* \* \* \*

| | |
|---|---|
| JOSEPHAT MUA,<br>*Plaintiff,*<br><br>v.<br><br>CALIFORNIA CASUALTY INDEMNITY EXCHANGE ET AL., *et. al,*<br>*Defendants.* | Civil Action No. ELH-16-3267 |

**ORDER**

Plaintiff Josephat Mua has filed motions for reconsideration (ECF 31 in ELH-16-3247 and ECF 24 in ELH-16-3267) with respect to this Court's orders of December 14, 2016 (ECF 30 in ELH-16-3247 and ECF 23 in ELH-16-3267). In these orders, the Court granted the motions to correct the record, filed by Pessin Katz Law, P.A. ("Pessin Katz") in each case. *See* ECF 22 in

ELH-16-3247 and ECF 16 in ELH-16-3267. In particular, Pessin Katz sought to be removed from the docket as a defendant, for the reasons stated.

Mua's motions for reconsideration have been read, considered, and shall be denied, as the motions lack merit.

Accordingly, it is this 29th day of December, 2016, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The motions for reconsideration (ECF 31 in ELH-16-3247 and ECF 24 in ELH-16-3267) are DENIED; and

2. The Clerk SHALL MAIL a copy of this Order to Josephat Mua.

Ellen L. Hollander
United States District Judge