FILED: November 8, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 17-1993
(8:16-cv-03267-ELH)

JOSEPHAT MUA,

    Plaintiff - Appellant,

  v.

CALIFORNIA CASUALTY INDEMNITY EXCHANGE; MARSDEN & SELEDEE, LLC; THATCHER LAW FIRM; MITCHELL IRA BATT, (Individual capacity); BRYAN CHAPMAN; RAOUF MUHAMMAD ABDULLAH, (Individual capacity); ROBERT ELMER CAPPELL; CHARLENE SUKARI HARDNETT, (Individual capacity); BRADFORD ASSOCIATES; MARYLAND STATE EDUCATION ASSOCIATION; ASSOCIATION OF SUPERVISORY & ADMINISTRATIVE SCHOOL; SHANI KAMARIA WHISONANT; O'MALLEY, MILES, NYLEN & GILMORE, P.A.; MARYLAND STATE DEPARTMENT OF EDUCATION; THE O'NEAL LAW FIRM, LLP,

    Defendants – Appellees,

  and

PESSIN KATZ LAW, P.A.,

    Defendant.

O R D E R

  Josephat Mua seeks to appeal the district court's orders granting a post judgment motion to correct the record and denying Mua's motion to reopen the underlying district court action. California Casualty Indemnity Exchange (CCIE) has filed a motion to dismiss the appeal. After

consideration of the parties' filings, we grant Mua's motion to exceed the length limitations for his response or answer, deny Mua's application to proceed in forma pauperis, sua sponte dismiss this appeal as frivolous, and deny as moot CCIE's motion to dismiss. *See* 4th Cir. R. 27(f).

Entered at the direction of the panel: Judge, King, Judge Keenan, and Judge Floyd.

For the Court

/s/ Patricia S. Connor, Clerk