FILED: December 27, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1993
(8:16-cv-03267-ELH)

_____

JOSEPHAT MUA

       Plaintiff - Appellant

v.

CALIFORNIA CASUALTY INDEMNITY EXCHANGE; MARSDEN & SELEDEE, LLC; THATCHER LAW FIRM; MITCHELL IRA BATT, (Individual capacity); BRYAN CHAPMAN; RAOUF MUHAMMAD ABDULLAH, (Individual capacity); ROBERT ELMER CAPPELL; CHARLENE SUKARI HARDNETT, (Individual capacity); BRADFORD ASSOCIATES; MARYLAND STATE EDUCATION ASSOCIATION; ASSOCIATION OF SUPERVISORY & ADMINISTRATIVE SCHOOL; SHANI KAMARIA WHISONANT; O'MALLEY, MILES, NYLEN & GILMORE, P.A.; MARYLAND STATE DEPARTMENT OF EDUCATION; THE O'NEAL LAW FIRM, LLP

       Defendants - Appellees

 and

PESSIN KATZ LAW, P.A.

       Defendant

_____

M A N D A T E

_____

The judgment of this court, entered November 8, 2017, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*